FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

2007 APR 18 A 11: 40

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JOSEPH ANDREA SCURRY

Case No. 3:90-cr-47(S1)-J-20HTS

_____/

## SUPERVISED RELEASE REVOCATION
## and
## JUDGMENT AND COMMITMENT

On April 18, 2007, D. Rodney Brown, Assistant United States Attorney, and the Defendant, JOSEPH ANDREA SCURRY, appeared in person and with his counsel, Robert Calvin Rivers, for a hearing on the Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 302, filed March 9, 2007).

The Defendant, having heretofore been convicted on February 14, 1991, in Case No. 90-47(S1)-Cr-J-14, of offenses charged, to wit: Conspiracy with intent to distribute 500 grams or more of cocaine, in violation of Title 21 U.S.C. § 846, as charged in Count One of the Indictment; Distribution of cocaine, in violation of Title 21 U.S.C. § 841(a)(1) and Title 18 U.S.C. § 2, as charged in Count Two of the Indictment; and was sentenced to be imprisoned for a term of 188 months on each of Counts One and Two, to run concurrently; and was placed on supervised release for a term of five (5) years;

And now the Probation Office of this Court reporting to the Court, and the Court finding that the Defendant violated the terms of said supervised release, all of which being considered,

**IT IS ORDERED:**

1. The Petition for Warrant or Summons for Offender Under Supervised (Doc. No. 302, filed March 9, 2007) is **GRANTED**, and the term of supervised release is revoked.

2. The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **12 months on the Class B violation and 12 months on the Class C violation, to run concurrently.**

3. Upon release from confinement, the Defendant shall be on supervised release for a term of **two (2) years on the Class B violation and two (2) years on the Class C violation, to run concurrently**, under the standard conditions of supervision, and the special conditions outlined in the original Judgment in a Criminal Case filed on February 22, 1991.

4. The Defendant is remanded to the custody of the United States Marshal to await designation of the institution.

**DONE AND ORDERED** at Jacksonville, Florida, this ___ day of April, 2007.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
D. Rodney Brown, Esq.
Robert Calvin Rivers, Esq.
United States Marshal (4)
U. S. Bureau of Prisons
U. S. Probation